IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER HUGH LUCAS, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-cv-00097-MTT-CHW |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated February 1, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 2nd day of February, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk